### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRAVISTINE JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV135 |
| vs. | ) | |
| | ) | ORDER |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |

A telephone planning conference with the undersigned magistrate judge is re-scheduled for **October 20, 2009, at 10:00 a.m. Central Daylight Time** to schedule this case to trial.  **Plaintiff's** counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge