## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TRAVISTENE JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:09CV135** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **OMAHA HOUSING AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's Motion for Contempt (Filing No. 82). The defendant requests the court find Terri L. Crawford (Crawford), the plaintiff's attorney, in contempt for failure to pay sanctions made as part of the judgment in this case. *Id.* On March 1, 2010, the court ordered Crawford to pay the defendant $2,275 within forty-five days. **See** Filing No. 53 - Order; Filing No. 54 - Judgment. On June 29, 2010, the court awarded the defendant an additional $3,081, payable by Crawford within forty-five days. **See** Filing No. 81.

    The defendant represents Crawford failed to comply with the March 1, 2010, order and judgment. There is no evidence in the record that Crawford has complied with the June 29, 2010, Order. Crawford did not file a response to the defendant's motion for contempt. Neither Crawford nor the plaintiff appealed any order of this court. Upon consideration,

    **IT IS ORDERED:**

    Terri L. Crawford shall have to **on or before September 15, 2010**, to show cause why she should not be held in contempt of court. The show cause deadline will be terminated upon Crawford's filing with the court a verification of making payment to the defendant in the sum of $5,356.00.

    DATED this 25th day of August, 2010.

                                                                    BY THE COURT:

                                                                      s/Thomas D. Thalken
                                                                      United States Magistrate Judge