IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRAVISTENE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV135 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OMAHA HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' November 9, 2010, stipulation (Filing No. 90). Upon consideration, the court's September 16, 2010, order is modified as follows.

**IT IS ORDERED:**

1. The parties' November 9, 2010, stipulation (Filing No. 90) is adopted.

2. Ms. Crawford, having remitted $2,678, shall remit the sum of two-thousand six hundred and seventy-eight dollars ($2,678), representing the amount remaining due to the defendant under the court's orders of March 1, 2010 (Filing No. 53 - Order; Filing No. 54 - Judgment) and June 29, 2010 (Filing No. 81), to the defendant in three (3) payments over the next twelve (12) months.

3. All payments under this agreement shall be in the form of a cashier's check, submitted at the offices of the defendant's attorneys, 540 South 27th Street, Omaha, NE 68102, by 4:00 p.m. on the following due dates:

    a. $892.67 due on or before March 9, 2011;

    b. $892.67 due on or before July 9, 2011; and

    c. $892.66 due on or before November 9, 2011.

4. Ms. Crawford shall promptly file with the court a verification (notice) of making the payment to the defendant as described herein.

5. Ms. Crawford may submit additional payments to the defendant at any time, in the manner described above, and to file verification (notice) of such with the court.

DATED this 10th day of November, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge